Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Christopher WILLIS |
| **Docket Number:** | 1:04CR05025 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/08/1996 |
| **Original Offense:** | 21 USC 846 - Conspiracy to Possess w/Intent to Distribute a Controlled Substance<br>(CLASS A FELONY) |
| **Original Sentence:** | 210 months Bureau of Prisons; 5 years supervised release; mandatory testing |
| **Special Conditions:** | Shall not possess a firearm or destructive device; report within 72 hours to the U. S. Probation Office; financial restrictions; financial disclosure; participate in substance abuse counseling/testing; notify probation officer at least 10 days prior to any change in residence |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 11/17/2003 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |

**RE:    Christopher WILLIS**
**Docket Number:  1:04CR05025 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| **09-15-97**: | Amended Judgment filed, term of incarceration reduced to 150 months in the Bureau of Prisons, all other orders reinstated. |
| **05-11-98**: | Second Amended Judgment filed, term of incarceration reduced to 126 months in the Bureau of Prisons, all other orders reinstated. |
| **11-13-03**: | Probation 12B Modification Petition submitted to recommend the addition of the following special conditions: 1) Warrantless search; 2) shall not associate with gang members.  On December 8, 2003, the Honorable U. S. District Court Judge Jerry Buchmeyer of the Northern District of Texas ordered the recommended modification. |
| **01-21-04**: | Transfer of jurisdiction from the Northern District of Texas, [case number 7:95CR015-X (08)], to the Eastern District of California, (case number 1:04CR05025 OWW). |

**RE:   Christopher WILLIS**
       **Docket Number:  1:04CR05025 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The releasee shall participate in a program of mental health treatment with an emphasis on domestic violence, which may include a regimen of prescribed psychotropic medications, as directed by the probation officer.

**Justification:**   On June 9, 2006, the releasee was arrested by officers of the Bakersfield Police Department for violation of Penal Code Section 273.5 - Spousal Abuse and Penal Code Section 236 - False Imprisonment.  According to the Probable Cause Declaration, completed by the arresting officer, the victim, Christina Trice, stated that her fiancee (Willis) whom she has a child with and cohabitates with was involved in an argument.  The victim stated that during the argument Willis grabbed her by the neck and punched her in the face, causing visible injuries.  The victim stated that she tried to leave the residence however, Willis pulled her by the hair and dragged her back into the residence, against her will.

On June 10, 2006, the releasee posted bond and was released from the Kern County Lerdo Jail Facility.  On June 13, 2006, the releasee reported to the U. S. Probation Office for a scheduled appointment.  The releasee admitted he was involved in a verbal altercation with his fiancee which escalated to physical force.  According to the releasee, he did not strike his fiancee, however, admitted shoving her and putting his hand around her neck.  The releasee stated that he was also physically assaulted by his fiancee and showed the undersigned officer two locations on his arm where he had severe bruising, which he stated were the result of bite marks.  The undersigned officer photographed the releasee's arm.

**RE:    Christopher WILLIS**
       **Docket Number:  1:04CR05025 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The undersigned officer counseled with the releasee and explained the gravity of the alleged charges.  The undersigned officer explained to the releasee that the allegations will be reported to the U. S. District Court and pending a disposition from the Kern County Superior Court, a recommendation would be forthcoming.

In the interim, it is recommended that the releasee be required to participate in mental health counseling which will emphasize domestic violence treatment.  The releasee signed and dated a Waiver of Hearing form to modify the conditions of his release.  It is respectfully recommended the Court modify the conditions of supervised release, thereby, providing a corrective action while the releasee is pending a state Court disposition.


                          Respectfully submitted,

                          /s/ Lonnie E. Stockton

                          **LONNIE E. STOCKTON**
                          **United States Probation Officer**
                          Telephone:  (661) 861-4124

**DATED:**   June 14, 2006
            Bakersfield, California
            LES:ks

                      /s/ Rick C. Louviere
**REVIEWED BY:**   _____
                      **RICK C. LOUVIERE**
                      **Supervising United States Probation Officer**

**RE:    Christopher WILLIS**
**Docket Number:  1:04CR05025 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X)    Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

IT IS SO ORDERED.

**Dated:    June 16, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                                UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12B.MRG