**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>     v.<br><br>**CHRISTOPHER WILLIS,**<br><br>            Defendant. | 1:04-cr-5025 OWW<br><br>ORDER RE: PHOTOGRAPHS<br>SOUGHT BY DEFENDANT FOR<br>USE IN STATE TRIAL |

     The State Public Defender has requested that two photographs depicting injuries sustained by Mr. Willis taken on or about June 12, 2006, be produced.

     The photographs are represented to be necessary to Mr. Willis' defense in case number BM694318A, which is set for trial.

     Good cause having been shown;

     IT IS ORDERED that the Probation Officer is authorized to release two digital photographs of Mr. Willis taken on or about June 12, 2006.  The Probation Officer, Lonnie Stockton, is further authorized to submit a declaration, under penalty of perjury, authenticating the photographs.

IT IS SO ORDERED.

1

1  **Dated:   August 23, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                          UNITED STATES DISTRICT JUDGE